THOMAS, QUINN & KRIEGER, L.L.P.
Michael W. Thomas (CA SBN 168348)
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Tel: (415) 546-6100
Fax: (415) 358-5868

Attorneys for Petitioners
MVM, INC. and
CONTINENTAL INSURANCE COMPANY/CNA INTERNATIONAL

FILED
2010 SEP 27 PM 1:36
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| MVM, INC. and CONTINENTAL INSURANCE COMPANY/CNA INTERNATIONAL<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>QUINCY and SUSAN URSO, (Parents of WESLEY J. URSO, deceased),<br><br>Defendants/Respondents,<br><br>and<br><br>DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant/Respondent. | Case No.: 3:10-cv-879-J-34JRK<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>F.R.C.P. 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioners MVM, Inc. and Continental Insurance Company/CNA International (corporate, non-governmental parties)

-1-

certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties.

MVM, Inc. is a 100% privately held company headquartered in Ashburn, Virginia. It has no parent corporation, and no publicly-held corporation owns more than 10% of its stock.

The Continental Insurance Company is wholly owned by Continental Casually Company which is wholly owned by The Continental Corporation which is wholly owned by CNA Financial Corporation which is publically traded with the majority of stock owned by Loews Corporation

DATED: Sept. 24, 2010

THOMAS, QUINN & KRIEGER, L.L.P.
Michael W. Thomas (CA SBN 168348)
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Tel:  (415) 546-6100
Fax:  (415) 358-5868
mthomas@tqklaw.com

Attorneys for Petitioners
MVM, INC. and
CONTINENTAL INSURANCE
COMPANY/CNA INTERNATIONAL